# IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 18-25796 |
|     Deborah Davis | ) | | |
|         Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

## NOTICE OF MOTION

**To:**  Deborah Davis, 16343 Woodlawn East Ave., South Holland, IL, 60473

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED LIST OF ALL CREDITORS.

**PLEASE TAKE NOTICE** that on the **8th of January, 2019 at 09:30 a.m.**, I shall appear before the Honorable Judge A. Benjamin Goldgar in 219 S. Dearborn St., Courtroom 642, Chicago, IL and then and there present the attached **MOTION TO AMEND THE FEE ORDER ENTERED ON 12/18/2018**, a copy of which is attached hereto.

                                                **By:**  /s/ David Kosk
                                                        David Kosk

## CERTIFICATE OF SERVICE

I, David Kosk, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on 12/21/2018.

                                                **By:**  /s/ David Kosk
                                                       David Kosk

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

Citi Mortgage
Bankruptcy Department
PO Box 8004
South Hackensack NJ 07606

Codilis & Associates, PC
Bankruptcy Dept.
15W030 N. Frontage Rd. #100
Burr Ridge IL 60527

Clerk, Chancery
Bankruptcy Dept.
50 W. Washington St., Room 802
Chicago IL 60602

Comenitybank/Wayfair
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Lendup CARD Services I
Attn: Bankruptcy Dept.
225 Bush St Ste 1100
San Francisco CA 94104

Midstate Collection SO
Attn: Bankruptcy Dept.
Po Box 3292
Champaign IL 61826

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

Personify
PO Box 500650
San Diego CA 92150

Republic BANK Trust CO
C/O NCB Management Service
1 Allied Dr
Trevose PA 19053

RISE CREDIT OF ILLINOIS LLC D/
C/O National Credit Adjust
327 W 4Th Ave
Hutchinson KS 67501

### IN THE UNITED STATES OF BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-25796 |
| Deborah Davis | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

### MOTION TO AMEND THE FEE ORDER ENTERED ON 12/18/2018

NOW COMES the GERACI LAW, LLC to present their **MOTION TO AMEND THE FEE ORDER ENTERED ON 12/18/2018** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. This application is appropriate pursuant to 11 U.S.C. § 330(a)(4)(B).

3. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 09/13/2018.

4. This case was confirmed on 11/27/2018.

5. This court entered an order for attorneys fees in the amount of $4,000 for fees through case closing under the Court-Approved Retention Agreement.

6. Based on the order entered, it appeared that $0.00 of those awarded fees were paid pre-petition. (See Exhibit A)

7. Actually, the Debtor paid $995.00 pre-petition, with the balance to be paid by the Standing Trustee. (See Exhibit B)

8. An amended order is needed to correct this discrepancy.

WHEREFORE, the Debtor's attorneys, GERACI LAW LLC, seek an order amending the amount of fees that were paid pre-petition and any granting such further relief as the Court deems just and proper.

/s/ David Kosk
David Kosk

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960